DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRANDON HOWELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0331

[June 18, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael James Linn, Judge; L.T. Case No. 562023CF000727AXXXXX.

Daniel Eisinger, Public Defender, and Alan Terry Lipson, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***